904

No. 625. UNITED STATES v. MINKER. C. A. 3d Cir. Certiorari granted. *Solicitor General Soboloff* for the United States. *Jacob Kossman* for respondent.

No. 399, Misc. PENNSYLVANIA EX REL. HERMAN v. CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari granted. *Marjorie H. Matson* and *Herbert Monte Levy* for petitioner.

No. 587. G. & P. AMUSEMENT CO. v. REGENT THEATER CO. ET AL. C. A. 6th Cir. Certiorari denied. *Samuel T. Gaines* for petitioner. *Jerome N. Curtis* for the Regent Theater Co. et al.; and *Luther Day* for Warner Bros. Pictures Distributing Corporation et al., respondents.

No. 602. JAMOUNEAU v. HARNER ET AL. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Grover C. Richman, Jr.,* Attorney General of New Jersey, *Harold Kolovsky,* Assistant Attorney General, and *David M. Satz, Jr.,* Deputy Attorney General, for Richman, respondent.

No. 607. GRIMES v. MAYNARD ET AL. Court of Civil Appeals of Texas, Tenth Supreme Judicial District. Certiorari denied. *Harlan Grimes pro se. Tom M. Miller* for respondents.

No. 610. STOCKTON HARBOR INDUSTRIAL CO. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Valentine Brookes* and *Arthur H. Kent*

for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 618. EDWARDS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Chester H. Ferguson* and *George W. Ericksen* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Robert B. Ross* for respondent.

No. 619. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co. *v.* WRIGHT. Supreme Court of Oklahoma. Certiorari denied. *Robert E. Shelton* for petitioner. *Irving H. Green* and *Walter D. Hanson* for respondent.

No. 621. DAVIS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Max Solomon* for petitioner.

No. 622. ALPHA SILK Co. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *William A. Roberts, Irene Kennedy* and *Roger H. Muzzall* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 631. CONSOLIDATED FREIGHTWAYS, INC. *v.* UNITED TRUCK LINES, INC. C. A. 9th Cir. Certiorari denied. *Donald A. Schafer* for petitioner. *James A. Williams* for respondent.

No. 641. WHITIN MACHINE WORKS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor*